IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Davon Reed, ) | |
| ) | C/A No. 4:12-850-TMC |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Superintendent, ) | |
| ) | |
| Respondent. ) | |
| ) | |

    Petitioner is a prisoner at Lee Correctional Institution in Bishopville, South Carolina who, proceeding *pro se,* filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. By Order dated April 19, 2012, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Petitioner was warned that failure to provide the necessary information within the timetable set in the Order would subject the case to dismissal. Petitioner did not respond to the order and the time for response has lapsed. Petitioner has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    **IT IS SO ORDERED**.

                                                        s/Timothy M. Cain
                                                         Timothy M. Cain
                                                         United States District Judge

May 29, 2012
Greenville, South Carolina

### NOTICE OF RIGHT TO APPEAL

    The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.